UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| CHS HEDGING, LLC, A DELAWARE LLC;<br><br>Plaintiff,<br><br>vs.<br><br>DUANE J. STEFFENSEN, AN INDIVIDUAL; AND JOANNE STEFFENSEN, AN INDIVIDUAL;<br><br>Defendants. | 4:16-CV-04132-KES<br><br>ORDER LIFTING STAY |

On November 3, 2017, defendants Duane J. Steffensen and Joanne Steffensen moved to stay this matter pending the outcome of a case pending in the Third Judicial Circuit, State of South Dakota, *Chad Murphy et al v. H&I Grain, Inc. et al*, 38 CIV 17-0045. Docket 21. Plaintiff did not object. The court's order granting defendants' motion stayed this matter until May 3, 2018 (Docket 22), and the parties have not moved to extend the stay. Thus, it is

ORDERED that the stay is lifted.

IT IS FURTHER ORDERED that the parties shall update the court on the status of the case by **Friday, May 18, 2018.**

DATED this 4th day of May, 2018.

BY THE COURT:

/s/ *Karen E. Schreier*
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE